```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :       CRIMINAL ACTION
                               :
          v.                   :
                               :
BASIL BUIE                     :       NO. 15-187
```

ORDER

AND NOW, this 25th day of August, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Basil Buie for modification of the conditions of his pretrial detention (Doc. # 34) is DENIED.

                                                  BY THE COURT:


                                                  /s/ Harvey Bartle III
                                                                           J.