IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 15-187-3 |
| v. | : | |
| | : | CIVIL ACTION |
| BASIL BUIE | : | NO. 16-6274 |

## ORDER

AND NOW, this 31st day of May, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of petitioner Basil Buie to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Doc. # 200) is DENIED; and

(1) no certificate of appealability is issued.

BY THE COURT:

/s/ Harvey Bartle III
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
J.